# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| ROBERT BOWEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV619-009 |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Defendant's motion to stay the case (doc. 10) pending resolution of the motion to dismiss for lack of jurisdiction (*see* doc. 9, pending before the District Judge), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion.").

**SO ORDERED,** this  28th  day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA